# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| GEORGE HARRISON, | ) |
| *Plaintiff*, | ) Case No. 1:19-cv-37 |
| v. | ) Judge Travis R. McDonough |
| CITY OF CHATTANOOGA, et al., | ) Magistrate Judge Christopher H. Steger |
| *Defendants*. | ) |

## ORDER

The undersigned district judge **RECUSES** himself in this cause pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**